# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-20-00461-CR

---

**Cha-Ka Romain Johnson, Appellant**

**v.**

**The State of Texas, Appellee**

---

**FROM THE 27TH DISTRICT COURT OF LAMPASAS COUNTY
NO. 8127, THE HONORABLE JOHN GAUNTT, JUDGE PRESIDING**

---

## O R D E R

**PER CURIAM**

Appellant Cha-Ka Romain Johnson, proceeding pro se, has filed a notice of appeal from the district court's denial of his motion for forensic DNA testing and request for appointment of counsel. *See* Tex. Code Crim. Proc. arts. 64.01–.05. Johnson's appellate brief was originally due on April 7, 2021. On May 20, 2021, this Court informed Johnson that his brief was overdue and that if we did not receive a motion for extension of time or a brief accompanied by a motion for extension of time on or before June 1, 2021, this cause would be submitted on the record alone. On June 3, 2021, we received from Johnson a motion for extension of time to file his brief that was postmarked on June 1, 2021. In the motion, Johnson requests an extension until July 15, 2021. We grant the motion and order Johnson to file his brief no later than the following Monday, July 19, 2021. If the brief is not filed by that date, the

appeal will be submitted on the record alone.  *See Ates v. State*, No. 03-15-00307-CR, 2016 WL

3361173, at *1–2 (Tex. App.—Austin June 8, 2016, no pet.).

It is ordered on June 16, 2021

Before Justices Goodwin, Triana, and Kelly

Do Not Publish